

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-10-00412-CV

DWAYNE G. MODISETTE

APPELLANT

V.

WELLS FARGO BANK, N.A., AS
BENEFICIARY AND WELLS
FARGO HOME MORTGAGE, AS
SERVICER, ITS SUCCESSORS
AND ASSIGNS

APPELLEES

------------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On May 2, 2011 and May 10, 2011, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed

---

[1]*See* Tex. R. App. P. 47.4.

with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).


PER CURIAM

PANEL: LIVINGSTON, C.J; DAUPHINOT and GARDNER, JJ.

DELIVERED: May 26, 2011